**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00068-CV**
_____

**IN RE WESTIN HOMES OF TEXAS, LTD.
AND WESTIN HOMES AND PROPERTIES L.P.**

**Original Proceeding
457th District Court of Montgomery County, Texas
Trial Cause No. 20-05-05983-CV**

**ORDER**

Westin Homes of Texas, LTD. and Westin Homes and Properties L.P., Relators, filed a petition for a writ of mandamus and a motion for temporary relief. *See* Tex. R. App. P. 52. Relators are defendants in Trial Cause Number 20-05-05983-CV, *Daniel Barnett and Christina Barnett v. Westin Homes of Texas, Ltd. and Westin Homes and Properties L.P.* Relators seek a writ compelling the Honorable Vincenzo J. Santini, Judge of the 457th District Court of Montgomery County, Texas, to vacate his January 17, 2022 Order on Plaintiffs' Motion for Sanctions. *See* Tex. Gov't Code Ann. § 22.221.

Relators request that all further proceedings in the trial court be stayed while this Court considers the mandamus petition. The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that all further trial court proceedings in Trial Cause Number 20-05-05983-CV are STAYED until our opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of Relators as a condition to any relief herein granted.

The response of the Real Parties in Interest, Daniel Barnett and Christina Barnett, is due March 18, 2022.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED March 8, 2022.

PER CURIAM

Before Golemon, C.J., Kreger and Johnson, JJ.

2